MARK E. ARONSON (Bar No. 85872)
  mea@amclaw.com
MASAYO KIMOTO (Bar No. 213629)
  mkk@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant REBEKA RACIBI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MERCEDES DE LOS SANTOS, an individual; JESUS & ROSARIO LOMELI, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD CAPITAL FINANCIAL, a California Corporation, GLOBAL CAPITAL FUNDING, a California Corporation, COUNTRYWIDE HOME LOANS, CITIBANK, BANK OF AMERICA, F.C.I., REBEKA RACIBI, PACIFIC BANK CORP., CALIFORNIA FINANCIAL GROUP, PABLO VILLALTA, HECTOR LOPEZ, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. CV 08-04839 CAS (AJWx)<br><br>**JUDGMENT OF DISMISSAL** |

The motion of Defendant REBEKA RACIBI ("RACIBI") to dismiss Plaintiffs' Third Amended Complaint was granted with prejudice on October 18, 2010.

/ / /

/ / /

826833.1 5303.395

[PROPOSED] JUDGMENT OF DISMISSAL

1  Now, therefore **IT IS HEREBY ORDERED, ADJUDICATED AND**
2  **DECREED** that: Defendant REBEKA RACIBI is dismissed from this action with
3  prejudice.

5  DATED: October 26, 2010

*[signature: Christina A. Snyder]*
Christina A. Snyder
United States District Court Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594