UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-4839 CAS (AJWx) | Date | May 31, 2011 |
|---|---|---|---|
| Title | *MERCEDES DE LOS SANTOS; ET AL. v. WORLD CAPITAL FINANCIAL; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) - ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 16, 2011** why this action should not be dismissed for lack of prosecution **as to defendants WORLD CAPITAL FINANCIAL; CALIFORNIA FINANCIAL GROUP; PABLO VILLALTA; HECTOR LOPEZ; GLOBAL CAPITAL FUNDING; BANK OF AMERICA; PACIFIC BANK CORP; and F.C.I.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

**1)** A proof of service of Summons on Fourth Amended Complaint and Fourth Amended Complaint on **defendants CALIFORNIA FINANCIAL GROUP; PABLO VILLALTA; HECTOR LOPEZ; GLOBAL CAPITAL FUNDING; BANK OF AMERICA; PACIFIC BANK CORP.; and F.C.I.**

**2)** An answer to the Fourth Amended Complaint by **defendant WORLD**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4839 CAS (AJWx) | Date | May 31, 2011 |
|---|---|---|---|
| Title | *MERCEDES DE LOS SANTOS; ET AL. v. WORLD CAPITAL FINANCIAL; ET AL.* | | |

**CAPITAL FINANCIAL,** or plaintiff's request for entry of default as to the Fourth Amended Complaint on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

The Fourth Amended Complaint improperly names defendants WMC Mortgage Corp; Countrywide Home Loans; Rebeka Racibi; and Citibank**.** These defendants were previously dismissed with prejudice.

00 : 00

Initials of Preparer CMJ

CV-90 (06/04) **CIVIL MINUTES - GENERAL**
Page 2 of 2